IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| YUSEF SHABAZZ, | : | |
| Plaintiff | : | |
| VS. | : | 7 : 05-CV-46 (HL) |
| Warden DONALD BARROW, et al., | : | |
| Defendants. | : | |

**RECOMMENDATION**

Presently pending in this § 1983 action is the plaintiff's Motion for Summary Judgment, filed along with his initial complaint on May 26, 2005.  Inasmuch as no answer has yet been filed herein, with service of the defendants not ordered until December 21, 2005, plaintiff's motion is premature.  Accordingly, it is the recommendation of the undersigned that plaintiff's Motion for Summary Judgment be **DENIED**.  Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to this recommendation with the Honorable Hugh Lawson, United States District Judge, WITHIN TEN (10) DAYS of receipt thereof.

**SO RECOMMENDED**, this 11th day of January, 2006.

/s/ *Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE

asb