IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| YUSUF A. SHABAZZ, | : | |
| Plaintiff | : | |
| VS. | : | 7 : 05-CV-46 (HL) |
| Warden DONALD BARROW, VSP, et al., | : | |
| Defendants. | : | |

**RECOMMENDATION**

Presently pending in this § 1983 action is the plaintiff's Motion for a Temporary Restraining Order, apparently submitted by the plaintiff several months after he submitted his complaint for filing in May 2005. In his motion, the plaintiff seeks injunctive relief based on allegations that he is/was being denied access to the courts, when, due to a lack of indigent postage available to the plaintiff, the defendants failed or refused to process mailings to the court.

In order to obtain injunctive relief, the plaintiff must prove that: (1) there is a substantial likelihood that he will prevail on the merits; (2) he will suffer irreparable injury unless the injunction issues; (3) the threatened injury to the movant outweighs whatever damage the proposed injunction may cause the opposing party; and (4) the injunction, if issued, would not be adverse to the public interest. Zardui-Quintana v. Richard, 768 F.2d 1213, 1216 (11th Cir. 1985); Snook v. Trust Co. of Georgia Bank of Savannah, N.A., 909 F.2d 480, 483 (11th Cir. 1990). Injunctive relief will not issue unless the conduct at issue is imminent and no other relief or compensation is available. Cunningham v. Adams, 808 F.2d 815, 821 (11th Cir. 1987).

  A review of the plaintiff's motions reveals no basis for the issuance of an injunctive order. The plaintiff has not established that he is entitled to injunctive relief, i.e., there is a substantial likelihood of success on the merits or resulting irreparable harm, or that no other relief is available to address his alleged injuries. Accordingly, it is the recommendation of the undersigned that the plaintiff's Motion for a Temporary Restraining Order be **DENIED**. Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to this recommendation with the Honorable Hugh Lawson, United States District Judge, WITHIN TEN (10) DAYS of receipt thereof.

**SO RECOMMENDED**, this 8th day of June, 2006.

/s/ *Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE

asb