# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**YUSUF A. SHABAZZ,**  :
:
   Plaintiff,  :
:
v.  :  Civil Action No. 7:05-cv-46(HL)
:
**Warden DONALD BARROW, VSP,**  :
**et al.,**  :
:
   Defendants.  :
_____

## **ORDER**

    This matter is before the Court on the Recommendation of United States Magistrate Judge Richard Hodge, entered June 8, 2006 [doc 26], in which the Magistrate Judge recommends that the Motion for Temporary Restraining Order [doc 16] of Plaintiff, Yusuf A. Shabazz, be denied. Shabazz has filed objections to the Recommendation, as permitted by 28 U.S.C. § 636(b)(1). As noted by the Magistrate Judge, Shabazz's Motion fails to make the showing necessary to obtain the extraordinary relief afforded by a temporary restraining order. Shabazz's objections fail to persuade the Court that the Magistrate Judge erred in his conclusions. Accordingly, the Recommendation of the Magistrate Judge is accepted by the Court; the Motion for Temporary Restraining Order is denied.

    **SO ORDERED**, this the 20th day of June, 2006.

                                                     s/     Hugh Lawson
                                                     **HUGH LAWSON, JUDGE**

mls