**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| YUSUF A. SHABAZZ, | |
| Plaintiff, | |
| VS. | CIVIL ACTION FILE NO. 7:05-cv-46 (HL) |
| Warden DONALD BARROW, VSP, et al., | |
| Defendants. | |

**O R D E R**

Presently pending herein is defendants' motion to compel responses to their discovery requests. In their motion defendants point out that they propounded upon the plaintiff prior to the end of the discovery period, interrogatory requests on behalf of each defendant. Defendants next allege that they wrote a letter to plaintiff regarding the responses to their discovery requests being late. Plaintiff then responds that he has already responded to their interrogatories. Counsel for defendants, after again checking his file herein notifies plaintiff in writing on May 16, 2006, that he has not yet received the responses to the interrogatories. Defendants finally allege that as of the date of the filing of the instant motion, June 28, 2006, they are yet to receive plaintiff's responses to their interrogatories.

Plaintiff has responded to defendants' motion once again stating that he has responded to defendants' interrogatories to him and that he has copies of everything which he has served upon the defendants. It thus appears that the court is once again in that all familiar situation wherein defense counsel states, "Judge, he has not responded to my discovery requests" and prisoner plaintiff states, "Judge, yes I have."

Defense Counsel has been well known to the Court for a period in excess of ten (10) years as he has represented numerous defendants in this Court. The Court simply cannot conceive of a situation in which defense would risk losing his license to practice law in this State by telling a blatant lie as to his receipt of discovery materials. Now therefore, inasmuch as plaintiff has stated that he has copies of his responses to defendants' interrogatories, and without actually deciding who is telling the truth, defendants' motion to compel responses to discovery requests is **GRANTED.** Plaintiff is therefore **ORDERED** to serve defense counsel with copies of his responses to defendants' interrogatories WITHIN TWENTY (20) DAYS of the date of this order <u>and to file copies of the same with the court</u>. Plaintiff's failure to comply with the dictates of this order will result in a recommendation that his pleadings be stricken, which if adopted, will have the effect of dismissing this case. The court will not entertain a motion for reconsideration of this order.

SO ORDERED, this 11th day of January 2006.

*/s/ Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE