IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

YUSUF A. SHABAZZ,

    Plaintiff,

VS.

Warden DONALD BARROW, VSP, et al.,

    Defendants.

CIVIL ACTION FILE
NO. 7:05-cv-46 (HL)

**O R D E R**

Defendants have filed a motion for a protective order (from answering additional discovery), alleging as grounds therefore that the discovery period ended prior to the plaintiff filing the complained of discovery. The defendants filed their answer on February 15, 2006. Thus, in accordance with this Court's normal policy in cases in which a party is proceeding *pro se*, the ninety day discovery period ended on May 16, 2006. It does not appear to the Court that plaintiff has sought an extension of the discovery period or that one has otherwise been granted by the court upon a showing of good cause therefore. Without more, the discovery period ended herein on May 16, 2006.

On June 16, 2006, one full month after the close of the discovery period defendants received plaintiffs' second requests for interrogatories. Plaintiff apparently offered no reason for the untimely filing of his second set of interrogatories. Inasmuch as plaintiff's second set of interrogatories to the defendants are clearly untimely and plaintiff has not sought an extension of the discovery period, defendants' motion for a protective order is hereby **GRANTED.** Defendants need not respond to any discovery propounded on May 17, 2006, or thereafter absent

an order from this court directing them to do so.

SO ORDERED, this 11th day of January 2006.

*/s/ Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE