IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| YUSUF A. SHABAZZ, | |
| Plaintiff, | |
| VS. | CIVIL ACTION FILE NO. 7:05-cv-46 (HL) |
| Warden DONALD BARROW, VSP, et al., | |
| Defendants. | |

# O R D E R

On July 6, 2006, the Court received from the plaintiff a document which is believed to plaintiff's motion to reconsider the May 22, 2006, order denying his motion for the appointment of counsel. Initially, it is noted that in all likelihood plaintiff's motion was not timely filed. Plaintiff dated his motion May 24, 2006, however it was not received by the Court until July 6, 2006. The undersigned is very familiar with the "prison mailbox rule" providing that mail from a *pro se in forma pauperis* prisoner is considered to be filed when placed into the prison's outgoing mailbox or delivered to prison authorities for mailing. However, the Court can not conceive of a situation in which it would take plaintiff's mail more than the entire month of June to reach the Court. According to Local Rule 7.6 of this Court plaintiff's motion was due within ten (10) days of the entry of the complained of order which would have been on or about June 2, 2006.

Plaintiff appears to have filed his motion without attaching a certificate of service as required by Federal Rule of Civil Procedure 5(d). Thus, there is no way the court can determine that defendants have been served with plaintiff's motion to which no response in opposition has

been filed. The absence of a certificate of service therefore makes it inappropriate for the court to consider plaintiff's motion on the merits. Plaintiff's motion is therefore **DENIED.**

Were the Court to consider plaintiff's motion on the merits it would deny same for those reasons contained in the May 26, 2006, order denying the motion for appointed counsel.

SO ORDERED, this 11th day of January 2007.

                                                */s/ Richard L. Hodge*
                                                RICHARD L. HODGE
                                                UNITED STATES MAGISTRATE JUDGE