**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| **YUSUF A. SHABAZZ,** | |
| **Plaintiff,** | |
| VS. | CIVIL ACTION FILE NO. 7:05-cv-46 (HL) |
| **Warden DONALD BARROW, VSP, et al.,** | |
| **Defendants.** | |

**O R D E R**

The plaintiff has filed a document he has styled as a "motion to restrain" which the court will consider to be a motion seeking a temporary restraining order. For the reasons set our below this motion must be and is **DENIED.**

Plaintiff appears to have filed his motion without attaching a certificate of service as required by Federal Rule of Civil Procedure 5(d). Thus, there is no way the court can determine that defendants have been served with plaintiff's motion to which no response in opposition has been filed. The absence of a certificate of service therefore makes it inappropriate for the court to consider plaintiff's motion on the merits.

Were the court to consider the plaintiff's motion on the merits the following would have to be considered. Plaintiff's action was filed while he was an inmate at Valdosta State Prison and all named defendants are or were employed at that institution. In the instant motion plaintiff apparently seeks to restrain the actions of individuals, not defendants, at Autry and Baldwin State Prisons and who are not parties to this lawsuit. These individuals not being parties to this action, the Court is without authority to restrain their actions. For his reason plaintiff's motion

would be **DENIED.**

SO ORDERED, this 11th day of January 2007.

／s/ *Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE