IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

|  |  |  |
|---|---|---|
| YUSUF A. SHABAZZ, | : | |
| Plaintiff, | : | |
| VS. | : | CIVIL ACTION FILE NO. 7:05-cv-46 (HL) |
| Warden DONALD BARROW, VSP, et al., | : | |
| Defendants. | : | |

# O R D E R

Presently pending is plaintiff's motion for an "Emergency Restraining Order Forthwith" in which he seeks to restrain a psychiatrist's treatment of him at Baldwin State Prison. For the reasons listed below, plaintiff's motion must be and hereby is **DENIED.**

Plaintiff appears to have filed his motion without attaching a certificate of service as required by Federal Rule of Civil Procedure 5(d). Thus, there is no way the court can determine that defendants have been served with plaintiff's motion to which no response in opposition has been filed. The absence of a certificate of service therefore makes it inappropriate for the court to consider plaintiff's motion on the merits.

Were the court to consider the plaintiff's motion on the merits the following would have to be considered. Plaintiff's action was filed while he was an inmate at Valdosta State Prison and all named defendants are or were employed at that institution. In the instant motion plaintiff apparently seeks to restrain the actions of an individual at Baldwin State Prison who is not a party to this lawsuit. This individual not being a party to this action, the Court is without authority to restrain his or her actions. For his reason plaintiff's motion would be **DENIED.**

SO ORDERED, this 11th day of January 2007.


							*/s/ Richard L. Hodge*
							RICHARD L. HODGE
							UNITED STATES MAGISTRATE JUDGE