# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| YUSUF A. SHABAZZ, | |
| Plaintiff, | |
| VS. | CIVIL ACTION FILE NO. 7:05-cv-46 (HL) |
| Warden DONALD BARROW, VSP, et al., | |
| Defendants. | |

# O R D E R

On January 11, 2007, the undersigned entered several orders in the above captioned matter addressing several pending motions. After further review the undersigned has concluded that two of the "orders" of January 11, 2007, should have properly been entered in the form of "reports and recommendations." Thus, the purpose of this order is to correct this oversight or error committed by the court.

At docket entry number 39 is plaintiff's "motion to restrain" which the court considered to be a motion for a temporary restraining order. At docket number 48 is the order of the undersigned denying plaintiff's motion. Likewise, at docket number 42 is plaintiff's "motion for a temporary restraining order forthwith" and the order denying same appears at docket entry number 49.

In view of the above and foregoing, the orders appearing at docket entries numbered 48 and 49 are hereby converted to recommendations that the motions appearing at docket entries numbered 39 and 42 be **DENIED.**

Therefore, the following advice to the plaintiff regarding his right to object to the

recommendations applies to the recommendations at docket numbers 48 and 49.  Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to these recommendations with the Honorable Hugh Lawson, Chief United States District Judge, WITHIN TEN (10) DAYS of receipt thereof.

**SO RECOMMENDED,** this 12th day of January 2007.


*/s/ Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE