**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| YUSUF A. SHABAZZ, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| VS. | : | |
| | : | |
| Warden BARROW, *et al.*, | : | NO. 7:05-cv-46(HL) |
| | : | |
| Defendants | : | **O R D E R** |

On March 10, 2008, this Court issued an order adopting the recommendation of Magistrate Judge Richard L. Hodge to grant the motions for summary judgment of defendants Donald Barrow and Lesley Lunney (Tab #s 62 & 70), and to deny plaintiff's motion to restrain (Tab # 76), as amended (Tab # 77). Thereafter, on March 24, 2008, plaintiff filed a notice of appeal from the Court's order. The Eleventh Circuit Court of Appeals subsequently dismissed plaintiff's appeal on June 19, 2008, for failure to pay the $450 docketing and $5 filing fees (Tab # 105). Plaintiff has now filed a motion to proceed *in forma pauperis* on appeal (Tab # 107). After reviewing the record, the Court certifies that an appeal from its March 10th order cannot be taken in good faith because it is frivolous and without merit. 28 U.S.C. § 1915(a)(3). Accordingly, having been carefully considered, plaintiff's motion to proceed *in forma pauperis* on appeal is hereby **DENIED**.

If plaintiff wishes to proceed with his appeal, he must pay the entire $455.00 appellate filing fee. Because plaintiff has stated that he cannot pay the $455.00 immediately, he must pay using the partial payment plan described under 28 U.S.C. § 1915(b). Pursuant to section1915(b), the prison account custodian where plaintiff is incarcerated shall cause to be remitted to the Clerk of this Court

monthly payments of 20% of the preceding month's income credited to plaintiff's account until the $455.00 appellate filing fee has been paid in full. Twenty percent of any deposits into the prisoner's account shall be withheld by the prison account custodian who, on a monthly basis, shall forward the amount withheld from the prisoner's account to the Clerk of this Court each time the amount in the account exceeds $10.00 until the total filing fee of $455.00 has been paid. Checks should be made payable to "Clerk, U.S. District Court."

A copy of this order shall be served upon plaintiff's prison account custodian.

**SO ORDERED**, this 30th day of July, 2008.

*s/ Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

cr